**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-02481-LTB-BNB

WELLS FARGO BANK NA, as Trustee,

    Plaintiff,

v.

THOMAS W. SMITH and
PAMELA K. SMITH,

    Defendants.
_____

**ORDER**
_____

As a result of the Clerk's Note not entering default of Plaintiff Wells Fargo (Doc 8 - filed February 21, 2006), Defendants' Application for Entry of Default Judgment on Defendant's Counterclaim Against Plaintiff Wells Fargo Bank, NA (Doc 5 - filed February 17, 2006) is DENIED.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Chief Judge

DATED:   February 22, 2006