IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02481-LTB-BNB

WELLS FARGO BANK NA, as Trustee,

Plaintiff,

v.

THOMAS W. SMITH, and
PAMELA K. SMITH,

Defendants.

_____

## ORDER
_____

The parties appeared this afternoon for a scheduling conference.

IT IS ORDERED that the following case schedule is established:

**Discovery Cut-Off:**             **December 11, 2007**

**Dispositive Motions Deadline:**  **January 11, 2008**

**Expert Disclosures:**

**(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 11, 2007**

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 12, 2007**

**Final Pretrial Conference:**  A final pretrial conference will be held in this case on **March 10, 2008, at 2:00 p.m.** in Courtroom 401, 4th floor, Alfred A. Arraj United States

Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **March 3, 2008**.

IT IS FURTHER ORDERED that the parties shall submit on or before **June 29, 2007**, a Scheduling Order in the form of Appendix F to the local rules of practice, modified to reflect the deadlines established here.

Dated June 11, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge