IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02481-LTB-BNB

WELLS FARGO BANK NA, as Trustee,

Plaintiff,

v.

THOMAS W. SMITH, and
PAMELA K. SMITH,

Defendants.

_____

# ORDER

_____

This matter is before me on the **Defendants' Motion to Amend Scheduling Order** [Doc. # 26, filed 7/9/2007] (the "Motion").  The Motion is not opposed, but it fails to include the proposed Amended Scheduling Order as an exhibit.  Consequently, I am not able to review the proposed changes to determine whether they are appropriate.

IT IS ORDERED that the Motion is DENIED WITHOUT PREJUDICE.  The parties may submit a revised motion to amend the scheduling order, on or before **August 1, 2007**, which must attach the proposed Amended Scheduling Order as an exhibit.

Dated July 13, 2007.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge