IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02481-LTB-BNB

WELLS FARGO BANK NA, as Trustee,

Plaintiff,

v.

THOMAS W. SMITH, and
PAMELA K. SMITH,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Defendants' Motion to Amend Scheduling Order** [Doc. # 31, filed 7/23/2007] (the "Motion").

The defendants previously filed a similar motion [Doc. # 26, filed 7/9/2007], which I denied without prejudice because it did not include a proposed Amended Scheduling Order as an exhibit. Order [Doc. # 30, filed 7/13/2007]. Because I was not able to review the proposed changes to determine whether they are appropriate, I ordered the parties to submit by August 1, 2007, a revised motion to amend the scheduling order which attached a proposed Amended Scheduling Order as an exhibit. On July 23, 2007, the defendants submitted a proposed amended scheduling order to which the plaintiff objected. See Doc. # 31, filed 7/23/2007. To date, the parties have been unable to agree to the contents of a scheduling order. In view of the morass in which the parties find themselves:

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the Scheduling Order [Doc. # 25, filed 7/2/2007] is VACATED. Scheduling shall be controlled by my Order of June 11, 2007 [Doc. # 21].

Dated August 27, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge