IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 05-cv-02481-LTB-BNB | Date: February 26, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

WELLS FARGO BANK NA,                                   Michael Belo

        Plaintiff and counter defendant,

v.

THOMAS W. SMITH,                                        Pro se
PAMELA K. SMITH,                                        Pro se

        Defendants and counter claimants.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     1:28 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Plaintiff's motion to strike or, in the alternative, request for leave to file response to defendants' amended reply in support of verified motion for summary judgment filed February 26, 2008; Doc 79 is granted as stated on the record. Plaintiff's response to the amended reply is accepted for filing.**

**ORDERED:** **The Final Pretrial Conference set for March 10, 2008 is reset to April 17, 2008 at 10:00 a.m. Proposed pretrial order due on or before April 10, 2008.**

Court in Recess     1:57 p.m.     Hearing concluded.

Total time in court:     00:29

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.