IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02481-LTB-BNB

WELLS FARGO BANK NA, as Trustee,

Plaintiff,

v.

THOMAS W. SMITH, and
PAMELA K. SMITH,

Defendants.
_____

## ORDER
_____

This matter is before me on the following:

(1) **Plaintiff's Motion to Strike or, In the Alternative, Request for Leave to File Response to Defendants' Amended Reply In Support of Verified Motion for Summary Judgment** [Doc. # 79, filed 2/5/2008] (the "Motion"); and

(2) Plaintiff's oral motion to reset final pretrial conference.

I held a hearing on these matters this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED to permit the plaintiff to file Plaintiff's Response to Defendants' Amended Reply In Support of Verified Motion for Summary Judgment [Doc. # 80] (the "Sur-Reply"). The Clerk of the Court is directed to accept the Sur-Reply for filing.

IT IS FURTHER ORDERED that the final pretrial conference set for March 10, 2008, at 2:00 p.m., is VACATED and RESET to **April 17, 2008, at 10:00 a.m.** The parties shall prepare a proposed final pretrial order and submit it to the court on or before **April 10, 2008**.

Dated February 26, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge