IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-02481-LTB-BNB

WELLS FARGO BANK NA, as Trustee,

    Plaintiff,

v.

THOMAS W. SMITH and
PAMELA K. SMITH,

    Defendants.

_____

**ORDER**
_____

This case is before me on the Recommendation of the Magistrate Judge that Plaintiff's Motion for Summary Judgment on Defendants' Counterclaims and for Remand to State Court (Doc 39) be granted insofar as it seeks remand of this action to state court for lack of jurisdiction and denied without prejudice in all other respects (Doc 93). By separate recommendation, the Magistrate Judge recommends that Defendants' Verified Motion for Summary Judgment (Doc 38) be denied (Doc 92).

Defendants have filed specific written objections to the Magistrate Judge's recommendations. I have therefore reviewed the recommendations *de novo* in light of the file and record in this case. On *de novo* review, I conclude that the recommendations are correct. Accordingly

IT IS ORDERED that Plaintiff's Motion for Summary Judgment on Defendants' Counterclaims and for Remand to State Court be GRANTED insofar as it seeks remand of this action to the state court and DENIED WITHOUT PREJUDICE in all other respects.

IT IS FURTHER ORDERED that Defendants' Verified Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED that the above action is REMANDED to the state court from which it was removed.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: May 27, 2008