**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 05-cv-02481-LTB-BNB

WELLS FARGO BANK NA, as Trustee,

  Plaintiff,

v.

THOMAS W. SMITH and
PAMELA K. SMITH,

  Defendants.

_____

**ORDER**
_____

  Upon Defendant's Motion for Reconsideration of Order [96] Denying Defendants' Verified [38] Motion for Summary Judgment; Granting in Part and Denying Without Prejudice in Part Plaintiff's [39] Motion for Summary Judgment on Defendants' Counterclaims and for Remand to State Court (Doc 98 - filed June 5, 2008), it is

  ORDERED that the Motion is DENIED.

            BY THE COURT:

             s/Lewis T. Babcock
             Lewis T. Babcock, Judge

DATED: June 6, 2008