**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 05-cv-02481-LTB-BNB

WELLS FARGO BANK NA,

       Plaintiff,

v.

THOMAS W. SMITH, and
PAMELA K. SMITH,

       Defendants.
_____

### MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

      On August 22, 2008, Defendants filed a Motion to Consolidate (Doc 104). The Motion is DENIED as inappropriately filed in the instant case. The Motion is also moot as this action was remanded to the state court on May 27, 2008 (Doc 96).


Dated: February 23, 2009
_____